OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 OCT. 05. 2015

9/30/2015
RODRIGEZ, EZEQUIEL MUNOZ AKA MUNOZ, EZEQUIEL RODRIGUEZ   Tr. Ct.
No. 1118656-A              WR-83,975-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

UTF
Discharged

EZEQUIEL MUNOZ RODRIGEZ
GOREE UNIT - TDC # 1799473
7405 FM WAY 75 SOUTH
HUNTSVILLE, TX 77344

U T F